UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

NUNC PRO TUNC
OCT 28 2009

FILED
09 OCT 30 PM 3:18
CLERK, U.S. DISTRICT ...
SOUTHERN DISTRICT OF CA...

BY: _____ DEPUTY

| | |
|---|---|
| CYNTHIA GARIBAY, an individual, | ) |
| Plaintiff, | ) |
| v. | ) No. 09 CV 1460 WQH/CAB |
| AMERICAN HOME MORTGAGE CORP., a New York Corporation, WELLS FARGO HOME MORTGAGE, INC., a California Corporation & DOES 1 through 20, | ) |
| Defendants. | ) |

### SUGGESTION OF BANKRUPTCY

PLEASE TAKE NOTICE that on August 6, 2007, voluntary petitions were filed in the United States Bankruptcy Court of the District of Delaware by American Home Mortgage Holdings, Inc. (Case No. 07-11047), American Home Mortgage Investment Corp. (Case No. 07-11048), American Home Mortgage Acceptance, Inc. (Case No. 07-11049), American Home Mortgage Servicing, Inc. n/k/a AHM SV, Inc. (Case No. 07-11050), and American Home Mortgage Corp. d/b/a American Brokers Conduit (Case No. 07-11051). The Debtors in these cases are collectively referred to below as the "AHM Parties."

PLEASE TAKE FURTHER NOTICE that pursuant to 11 U.S.C. §362, upon the filing of these bankruptcy petitions, an injunction was placed into effect which stays, among other things, the commencement or continuation of all judicial, administrative or other actions or proceedings against the AHM Parties.

Dated: October 23, 2009

AMERICAN HOME MORTGAGE CORP.

By: _____
Authorized Representative



Michael D. Hayes
VARGA BERGER LEDSKY HAYES & CASEY
224 South Michigan Avenue, Suite 350
Chicago, IL 60604
(312) 341-9400 (telephone)
(312) 341-2900 (facsimile)

## CERTIFICATE OF SERVICE

Michael D. Hayes, an attorney, hereby certifies that a true and correct copy of the foregoing,

**Suggestion of Bankruptcy**, was served upon:

Kent C. Wilson, Esq.
943 Imperial Avenue, Suite "G"
Calexico, CA  92231

by placing same in the United States mail chute located at 224 South Michigan Avenue, Chicago, Illinois 60604, properly addressed and postage fully prepaid, this 23rd day of October, 2009, on or before the hour of 5:00 p.m.

_____
Michael D. Hayes